SNR ROULEMENTS, Plaintiff,

and

Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellants,

and

NSK Corporation, NSK Bearings Europe, Ltd., and NSK Ltd., Plaintiffs,

and

NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN–Driveshaft, Inc., and NTN Bower Corporation, Plaintiffs–Appellants,

and

NTN–BCA Corporation, Plaintiff,

and

INA Schaeffler KG and INA USA Corporation, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.

SNR Roulements, Plaintiff,

and

Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Plaintiffs,

and

NSK Corporation, NSK Bearings Europe, Ltd., and NSK Ltd., Plaintiffs–Appellants,

and

NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN–Driveshaft, Inc., and NTN Bower Corporation, Plaintiffs,

and

NTN–BCA Corporation, Plaintiff,

and

INA Schaeffler KG and INA USA Corporation, Plaintiffs,

v.

United States, Defendant–Appellee,

and

The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.

Nos. 2005–1297, 2005–1322, 2005–1323.

United States Court of Appeals, Federal Circuit.

May 4, 2006.

ORDER

NSK Ltd. et al. move without opposition to dismiss their appeal, 2005–1322, from

*SNR Roulements v. United States*, No. 01–00686 (Ct. Int'l Trade).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption in 2005–1297, –1323 is reflected above.

(2) All sides shall bear their own costs in 2005–1322.